# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SPRINT COMMUNICATIONS,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3260 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NEBRASKA PUBLIC SERVICE COMMISSION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Southeast Nebraska Telephone Company's (SENTCO) motion to intervene (Filing No. 21) and pursuant to the parties' joint motion and stipulation (Filing No. 26). In the stipulation, the parties agree that judicial economy would best be served by allowing the plaintiff to first amend the complaint to include SENTCO as a defendant. Thereafter all defendants would have a reasonable time to respond. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. SENTCO's motion to intervene (Filing No. 21) is denied as moot.

2. The parties' Joint Motion and Stipulation (Filing No. 26) is granted.

3. The plaintiff Sprint Communications shall file an amended complaint by **December 15, 2005**, and shall name SENTCO as a defendant in that complaint.

4. The Commission Defendants and SENTCO shall file answers to the amended complaint by **January 4, 2006**.

DATED this 12th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge