IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., ) ) ) | Case Number:  4:05CV3260 |
| Plaintiff, ) ) | |
| v. ) ) | REASSIGNMENT ORDER |
| NEBRASKA PUBLIC SERVICE COMMISSION, ) ) ) | |
| Defendant. ) | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 21st day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court