IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

SPRINT COMMUNICATIONS COMPANY, L.P., )
                                     )
                 Plaintiff,          )      4:05 CV 3260
                                     )
       v.                            )
                                     )
                                     )
NEBRASKA PUBLIC SERVICE,             )      ORDER
COMMISSION, et al.,                  )
                                     )
                 Defendants.         )

In their report of parties' planning conference, filing 36, the parties have agreed this case will be decided on the administrative record, and further agreed to a schedule to prepare the case for ruling on the merits.  Accordingly,

IT THEREFORE HEREBY IS ORDERED:

1.  Defendants Commission and SENTCO shall file their answers to the amended complaint on or before January 5, 2006.

2.  The parties may respond to the pending motion to intervene, filing 28, on or before January 5, 2006.

3.  Counsel shall confer and file their stipulated administrative record on or before January 15, 2006.  Where required by the E-Government Act, redacted documents may be filed, so long as counsel and the court are provided unredacted copies (Unredacted copies provided to the court shall be filed under seal).

4.  Plaintiff (and intervening plaintiff, should the motion to intervene be granted) shall file its opening brief on or before February 15, 2006.

5.  Defendants shall file their responsive briefs on or before March 31, 2006.

6.  Reply briefs may be filed on or before April 21, 2006.

7.  The parties' briefs shall not exceed seventy-five (75) pages, excluding tables of contents and tables of authorities cited. The parties are reminded that the local rules do not permit appending evidence to briefs; rather, evidence, in this case the administrative

record, should be filed and the parties may refer to it in the briefs by page and line number or other specific designation.

DATED June 1, 2004

                              s/ *David L. Piester*
                              United States Magistrate Judge