IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) | 4:05CV3260 |
| Plantiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' stipulated joint motion (filing 43) is granted. The parties may file under seal their "Stipulated Confidential Record on Appeal" consisting of the documents entitled:

1. 8/10/05 Hearing Exhibit SENTCO 20; and
2. 8/10/05 Hearing Exhibit SENTCO 7.

January 23, 2005.        BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge