IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEBRASKA PUBLIC SERVICE COMMISSION; Frank E. Landis, Jr., in his official capacity as Member of the Nebraska Public Service Commission; Anne C. Boyle, in his official capacity as Member of the Nebraska Public Service Commission; Lowell C. Johnson, in his official capacity as Member of the Nebraska Public Service Commission; Rod Johnson, in his official capacity as Member of the Nebraska Public Service Commission; Gerald L. Vap, in his official capacity as Chairman and Member of the Nebraska Public Service Commission; )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>SOUTHEAST NEBRASKA TELEPHONE COMPANY, )<br>)<br>Defendant/Intervenor. ) | Case No. 4:05CV03260<br><br><br><br><br><br>**ORDER** |

     IT IS ORDERED that the motion of the State Defendants for leave to check out court records (Filing No. 54) is granted. The court records shall be returned to the clerk's office no later than March 31, 2006.

     DATED this 16th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge