IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) | 4:05CV3260 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) ) | |
| Defendants. | ) ) | |

      IT IS ORDERED that Time Warner Cable, Inc.'s motion for reconsideration (filing 48) is denied.

February 22, 2006.         BY THE COURT:

                                                       s/ *Richard G. Kopf*
                                                       United States District Judge