IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) | 4:05CV3260 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) ) ) | |
| Defendants. | ) | |

For good cause shown,

IT IS ORDERED that Southeast Nebraska Telephone Company's motion to stay (filing 59) is granted, and, accordingly, that all proceedings in this matter are stayed pending the release by the Federal Communications Commission of an order in FCC Case No. DA 06-534, captioned *In the Matter of Petition of Time Warner Cable for Declaratory Ruling that Competitive Local Exchange Carriers May Obtain Interconnection under Section 251 of the Communications Act of 1934, as amended, to Provide Wholesale Telecommunications Services to VoIP Provider*.

IT IS FURTHER ORDERED that the parties shall file a joint status report every three (3) months regarding the status of the FCC case.

May 15, 2006.                                BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge