IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3260 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's notice of withdrawal of counsel, filing 71, construed as a motion, is granted and the appearance of Michael J. Leahy as counsel for plaintiff is withdrawn.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge