IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) | 4:05CV3260 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Time Warner Cable, Inc.'s motion for an enlargement of time (filing 86) is granted, as follows:

1. Time Warner Cable, Inc., shall have until March 30, 2007 to file an amended brief as amicus curiae.
2. In all other respects, the briefing schedule established by the court (filing 85) shall remain unchanged.

March 27, 2007.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge