IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS, Company L.P., | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3260 |
| v. | ) ) ) | |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion of Monica Barone, Esq. to withdraw as counsel for defendant Sprint, filing 92, is granted.

DATED this 16th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge