IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEBRASKA PUBLIC SERVICE COMMISSION; Frank ) <br> E. Landis, Jr., in his official capacity as a Member of the ) <br> Nebraska Public Service Commission; Anne C. Boyle, in ) <br> her official capacity as a Member of the Nebraska Public ) <br> Service Commission; Lowell C. Johnson, in his official ) <br> capacity as a Member of the Nebraska Public Service ) <br> Commission; Rod Johnson, in his official capacity as a ) <br> Member of the Nebraska Public Service Commission; ) <br> Gerald L. Vap, in his official capacity as Chairman and a ) <br> Member of the Nebraska Public Service Commission, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> SOUTHEAST NEBRASKA TELEPHONE COMPANY, ) <br> ) <br> Defendant/Intervener. ) <br> ) | No: 4:05CV03260 <br><br> **ORDER GRANTING MOTION TO FILE ANSWER BRIEF UNDER SEAL** |

Having considered the Defendant/Intervener's Motion to File Answer Brief Under Seal (Fil. #96), the Court finds that the motion should be GRANTED.

WHEREFORE, the Answer Brief of Southeast Nebraska Telephone Company, Defendant/Intervener shall be filed under seal. The moving party is further directed that it shall electronically file a copy of the same Answer Brief in a redacted format for electronic service on all CM/ECF participants.

DATED this 14th day of May, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

Prepared By:
Paul M. Schudel, No. 13723
James A. Overcash, No. 18627
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
(402) 437-8500